IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                              CASE. NO. 03:98CR00220-05 (JAF)

CARLOS E. RAMOS
* * * * * * * * * * * *

MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE
CONDITIONS AND REQUEST FOR THE ISSUANCE OF A WARRANT

TO THE HONORABLE JOSE A FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, presenting an official report upon the conduct and attitude of offender, Carlos E. Ramos, who on April 23, 2001, was sentenced to serve a seventy-two (72) month imprisonment term followed by a four (4) year supervised release term after he plead guilty to violating Title 21 U.S.C. § 846. As special conditions, he was ordered to submit to urinalyses and treatment if necessary, and to participate in a vocational training or job placement program. A special monetary assessment in the amount of $100 was also ordered. On April 12, 2006, Mr. Ramos was released from confinement and commenced supervision in the Middle District of Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Recently, on October 23, 2006, his supervising officer, DeCarlos Sheppard, sent a document informing of the offender's violations:

**1. STANDARD CONDITION - "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."**

On September 7, 2006, a criminal complaint was filed wherein the offender was charged with Grand Theft in 3rd degree. The information received stated that the offender stole a Ford F150 and an utility trailer containing lawn equipment, which belonged to his employer. The truck and trailer were recuperated later, after offender admitted he took the same and provided address where same was located. However, the equipment was not recovered, causing a total loss of $13,400. The offense was committed on September 7, 2006.

**2. STANDARD CONDITION NO. 2 - "THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH."**

The offender has failed to make himself available for supervision and absconded since September 7, 2006, approximately. The offender also failed to submit his monthly report for the month of September.

**3. STANDARD CONDITION NO. 6 - "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT."**

The offender did not notify that he had moved and had changed of employment.

**WHEREFORE**, I declare under a penalty of perjury that the foregoing is true and correct. In light of the aforementioned, it is respectfully requested that unless ruled otherwise, a warrant for his arrest be issued to Mr. Carlos E. Ramso so that he may appear before this

Honorable Court to show cause why his supervised release should not be revoked. Thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 20th day of November 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov

YVO/

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 20, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Antonio Bazán, Assistant U.S. Attorney and to Enrique Vélez-Rodríguez, Esq.

In San Juan, Puerto Rico, this 20 of November, 2006.

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov