IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                                CASE NO: 03:98CR0220-01 (JAF)

CARLOS E. RAMOS

* * * * * * * * * * * * * * * * *

### ORDER TO SHOW CAUSE

Upon petition of YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, alleging that releasee, CARLOS E. RAMOS, has failed to comply with his conditions of supervised release, it is ORDERED that the releasee appear before this Court on _____ 2006 at _____, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the offender's arrest, and provide defense counsel and counsel for the government with copy of this Order.

IT IS SO ORDERED

In San Juan, Puerto Rico, this \_\_\_\_\_ day of November 2006.

_____
JOSE A FUSTE, CHIEF
U.S. DISTRICT JUDGE