

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

# MEMORANDUM

UNITED STATES OF AMERICA

-vs-                                                    Case No. 07-1036-01

**CARLOS E. RAMOS**

---

| | |
|---|---|
| DATE: | February 2, 2007 |
| Your Case No.: | 03:98CR00220-05 (JAF) |
| TO: | United States District Court<br>District of Puerto Rico<br>150 Carlos Chardon Ave.<br>San Juan, PR 00918-1767 |
| FROM: | Samantha Colón, Courtroom Deputy for<br>Karla R. Spaulding, United States Magistrate Judge<br>(407) 835-4320<br>George C. Young U.S. Courthouse and Federal Building<br>80 North Hughey Avenue<br>Orlando, Florida 32801 |
| SUBJECT: | Rule 5(c) Proceedings |

The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

| | |
|---|---|
| INITIAL APPEARANCE: | FEBRUARY 1, 2007 |
| RELEASE/DETENTION: | The Defendant was ordered detained and removed to the charging district. |
| SCHEDULED HEARING: | Upon notice by the charging district. |
| CHARGING DOCUMENT: | Petition for Violation of Probation |

Enclosures

CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
### CRIMINAL DOCKET FOR CASE #: 6:07-mj-01036-KRS All Defendants
### Internal Use Only

Case title: USA v. Ramos

Date Filed: 02/01/2007
Date Terminated: 02/02/2007

Assigned to: Magistrate Judge Karla R. Spaulding

**Defendant**

**Carlos E. Ramos** (1)
*TERMINATED: 02/02/2007*

represented by **Peter Warren Kenny**
Federal Public Defender's Office
Regions Bank Building
201 South Orange Ave., Suite 300
Orlando, FL 32801
407/648-6338
Fax: 407/648-6095
Email: pete_kenny@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:3147.F Violation of Supervised Release: Rule 5(c) District of Puerto Rico

**Disposition**

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____
Deputy Clerk

**Interpreter**

Etienne Van Hissenhoven     represented by     **Etienne Van Hissenhoven**
Van Hissenhoven, Inc.
7206 Betty St.
Winter Park, FL 32792
407/831-8942
*PRO SE*

**Plaintiff**

USA     represented by     **Sandra Woodall Deisler**
U.S. Attorney's Office
501 W. Church St., Suite 300
Orlando, FL 32805
407/648-7500
Email: sandra.w.deisler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/01/2007 | 1 | Arrest - Rule 5(c)(2) of Carlos E. Ramos from District of Puerto Rico on charges of Violation of Supervised Release (SLC, ) (Entered: 02/02/2007) |
| 02/01/2007 | 2 | Minute Entry for proceedings held before Judge Karla R. Spaulding :Detention Hearing as to Carlos E. Ramos held on 2/1/2007, Initial Appearance in Rule 5(c)(3) Proceedings held on 2/1/2007 (Rule 5(c) documents scanned with minutes) (Tape # 2007 5:1-694) (Interpreter/Language: Etienne VanHissenhoven/Spanish) (SLC, ) (Entered: 02/02/2007) |
| 02/01/2007 | 3 | ***CJA 23 financial affidavit by Carlos E. Ramos (SLC, ) (Entered: 02/02/2007) |
| 02/01/2007 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Carlos E. Ramos. Peter Warren Kenny for Carlos E. Ramos appointed for proceedings in this case in this district. Signed by Judge Karla R. Spaulding on 2/1/2007. (SLC, ) (Entered: 02/02/2007) |
| 02/01/2007 | 5 | WAIVER of Rule 5(c)(2) hearings by Carlos E. Ramos (SLC, ) (Entered: 02/02/2007) |
| 02/01/2007 | 6 | ORDER appointing Etienne VanHissenhoven as Spanish interpreter in this action as to Carlos E. Ramos. Signed by Judge Karla R. Spaulding on 2/1/2007. (SLC, ) (Entered: 02/02/2007) |
| 02/01/2007 | 7 | ORDER OF DETENTION as to Carlos E. Ramos. Signed by Judge Karla |

| | | |
|---|---|---|
| | | R. Spaulding on 2/1/2007. (SLC, ) (Entered: 02/02/2007) |
| 02/02/2007 | 8 | ORDER of removal pursuant to rule 5(c)(2) to District of Puerto Rico as to Carlos E. Ramos. Signed by Judge Karla R. Spaulding on 2/2/2007. (SLC, ) (Entered: 02/02/2007) |
| 02/02/2007 | 9 | COMMITMENT to another district as to Carlos E. Ramos. Defendant committed to Puerto Rico. Copy of Removal and Commitment order to USMS. Signed by Judge Karla R. Spaulding on 2/2/2007. (SLC, ) (Entered: 02/02/2007) |
| 02/02/2007 | 10 | TRANSFER Rule(5)(c)(3) to District of Puerto Rico as to Carlos E. Ramos. Rule 5(c) letter, original documents and certified copy of docket sheet sent to charging district. (SLC, ) (Entered: 02/02/2007) |
| 02/02/2007 | | (Court only) ***Set closed flag as to Carlos E. Ramos (SLC, ) (Entered: 02/02/2007) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__Middle__ District of __Florida__

| UNITED STATES OF AMERICA<br>V.<br><br>CARLOS E. RAMOS | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 03:98CR220-05 (JAF) | 07-1036-01 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify) Violation of Probation

charging a violation of _____ U.S.C. § Petition for Violation of Probation

**DISTRICT OF OFFENSE**
District of Puerto Rico

**DESCRIPTION OF CHARGES:**

Violation of Probation

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
X Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   X Yes   Language: Spanish

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 2, 2007                                             _[signature]_
Date                                                         United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                                    Case No. 07-1036-01

**CARLOS E. RAMOS**

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c), FED.R.CRIM.P.

**CARLOS E. RAMOS**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, ~~and of the provisions of Rule 20~~ KRS, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Violation of Conditions of Supervised Release from District of Puerto Rico was held on February 1, 2007.

Based on the defendant's waiver of identity hearing, I find that **CARLOS E. RAMOS** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

A Detention Hearing was held on February 1, 2007 and the defendant was ordered detained and removed to the charging district.

It is, therefore,

**ORDERED** that **CARLOS E. RAMOS** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this 2d day of February, 2007.

_____
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                               Case No. 07-MJ-1036

CARLOS E. RAMOS

_____

**DETENTION ORDER**

THIS CAUSE is before the Court upon the government's motion to detain the Defendant pursuant to Federal Rules of Criminal Procedure 32.1. The Defendant is charged with violating the terms of his supervised release by committing new violations of the law, failing to report to his probation officer and changing his residence without notifying his probation officer of his whereabouts.

Federal Rule of Criminal Procedure 32.1, which incorporates by reference 18 U.S.C. 3143(a), provides that the Defendant may be released if he establishes by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community if released. A detention hearing was held at which counsel for the parties proffered information for the Court's consideration.

The Defendant resides in Central Florida with family members. The United States proffered that the Defendant left his job and his residence in September 2006, and that he had not reported to the probation officer after that date. In the meantime, he committed a violation of state law for which adjudication was withheld in Miami, and he has another violation of state law pending against him. He has a drug abuse problem.

-1-

I find, based on the Defendant's inability to comply with the conditions of his supervised released, the information that he has been found to have committed a state crime while on supervised release, and his drug abuse problem, that the Defendant would be unable or unwilling to abide by any conditions of release I might set.

It is, therefore, **ORDERED** as follows:

(1) Defendant shall be detained pending a final revocation hearing and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Orlando, Florida on February 1, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Marshal
Counsel of Record

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                              Case No. 07-1036-01

**CARLOS E. RAMOS**

### ORDER FOR INTERPRETER'S SERVICES

On finding that the services of an interpreter are necessary for interpreting judicial proceedings herein it is, in accordance with the Court Interpreter's Act,

**ORDERED** that Etienne Van Hissenhoven is the appointed Spanish interpreter to serve at all further judicial proceedings before the Court in this case, with leave to submit claim for compensation therefor at the conclusion of the case on forms of the Clerk in accordance with the Act and regulations promulgated thereunder.

**DONE** and **ORDERED** in Orlando, Florida, on February 1, 2007.

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Counsel for Defendant
Court Appointed Interpreter

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                  Case No. 07-1036 -01

CARLOS E. RAMOS                           **WAIVER OF RULE 5(c) HEARINGS**
                                                           **[Formerly Rule 40]**
                                                           **(All Criminal Cases)**

I, CARLOS E. RAMOS, understand that charges are pending in the District of Puerto Rico alleging violation of and that I have been arrested in this district and taken before a United States Magistrate Judge, who informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)   an identity hearing to determine whether I am the person named in the charges;
(3)   a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4)   a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

☒   identity hearing

☐   preliminary hearing

☐   identity hearing and have been informed I have no right to a preliminary hearing

☐   identity hearing but request a preliminary hearing to be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
CARLOS E. RAMOS

February 1, 2007                                            _____
                                                                              Defense Counsel

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

-vs-                                                              Case No. 07-1036-01

CARLOS E. RAMOS

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on February 1, 2007.

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
United States Probation Office
Asst. Federal Public Defender
Pretrial Services Office

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| United States Magistrate Judge: | Karla R. Spaulding |
| Courtroom Deputy: | Samantha Colon |
| Date/Time | 2/1/07  1:35 p.m. - 1:45 p.m. |
| Reporter/Tape No. | 2007  5:1-694 |
| Pretrial/Probation Officer | Carlos Sheppard |
| Interpreter: | Etienne VanHissenhoven |

UNITED STATES OF AMERICA

-V-                                                          Case No 07-mj-1036

**CARLOS E. RAMOS**

**Clerk's Minutes**
**INITIAL APPEARANCE ON PETITION FOR VIOLATION OF SUPERVISE RELEASE**
**RULE 5(c)- DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Counsel for the Government/Plaintiff: | Sandra Deisler |
| Counsel for the Defendant: | Peter Kenny |

DEFENDANT WAS ARRESTED ON 2/1/07

| | |
|---|---|
| 1 | Court convened, appearances stated for the record. Procedural setting by the Court.5 |
| 50 | Interpreter sworn. |
| 75 | Court advised defendant of charges on Petition and rights. |
| 147 | Defendant requests appointment of counsel. Court appoints Office of the Federal Public Defender to represent defendant for proceedings in this case in this District. |
| 200 | Defendant waives identity hearing and preliminary hearing without prejudice. |
| 427 | Government seeks detention. |
| 694 | Court orders defendant detained to the custody of the United States Marshals and removed to the charging District. |

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  REV. 1/90

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. vs. CARLOS ALBERTO RAMOS

FOR / AT: (blank)

LOCATION NUMBER: (blank)

PERSON REPRESENTED (Show your full name): Ramos, Carlos Alberto

- 1 ☐ Defendant—Adult
- 2 ☐ Defendant—Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: 07-MJ-7036
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: LABOR READY
- IF YES, how much do you earn per month? $500.00
- IF NO, give month and year of last employment. How much did you earn per month $_____
- If married is your Spouse employed? ☒ Yes ☐ No (SEPARATED)
- IF YES, how much does your Spouse earn per month $ N/A
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: N/A

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $_____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT: VALUE $6000 — 2001 Mitsubishi 4dr.

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: (blank)
- List persons you actually support and your relationship to them: (blank)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Apartment | $ | $200.00 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Carlos Ramos

**WARNING**: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                    CASE. NO. 03:98CR00220-05 (JAF)

CARLOS E. RAMOS
* * * * * * * * * * *

MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE
CONDITIONS AND REQUEST FOR THE ISSUANCE OF A WARRANT

TO THE HONORABLE JOSE A FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court, presenting an official report upon the conduct and attitude of offender, Carlos E. Ramos, who on April 23, 2001, was sentenced to serve a seventy-two (72) month imprisonment term followed by a four (4) year supervised release term after he plead guilty to violating Title 21 U.S.C. § 846. As special conditions, he was ordered to submit to urinalyses and treatment if necessary, and to participate in a vocational training or job placement program. A special monetary assessment in the amount of $100 was also ordered. On April 12, 2006, Mr. Ramos was released from confinement and commenced supervision in the Middle District of Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Recently, on October 23, 2006, his supervising officer, DeCarlos Sheppard, sent a document informing of the offender's violations:

**1. STANDARD CONDITION - "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."**

On September 7, 2006, a criminal complaint was filed wherein the offender was charged with Grand Theft in 3rd degree. The information received stated that the offender stole a Ford F150 and an utility trailer containing lawn equipment, which belonged to his employer. The truck and trailer were recuperated later, after offender admitted he took the same and provided address where same was located. However, the equipment was not recovered, causing a total loss of $13,400. The offense was committed on September 7, 2006.

**2. STANDARD CONDITION NO. 2 - "THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH."**

The offender has failed to make himself available for supervision and absconded since September 7, 2006, approximately. The offender also failed to submit his monthly report for the month of September.

**3. STANDARD CONDITION NO. 6 - "THE DEFENDANT SHALL NOTIFY THE PROBATION OFFICER AT LEAST TEN DAYS PRIOR TO ANY CHANGE IN RESIDENCE OR EMPLOYMENT."**

The offender did not notify that he had moved and had changed of employment.

**WHEREFORE,** I declare under a penalty of perjury that the foregoing is true and correct. In light of the aforementioned, it is respectfully requested that unless ruled otherwise, a warrant for his arrest be issued to Mr. Carlos E. Ramso so that he may appear before this Honorable Court to show cause why his supervised release should not be revoked. Thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this ___ day of November 2006.

2

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov

YVO/

## CERTIFICATE OF SERVICE

I HEREBY certify that on November , 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: H.S. García, U.S. Attorney. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Enrique Vélez-Rodríguez, Esq., Box 70351, San Juan, PR 00936.

In San Juan, Puerto Rico, this of November, 2006.

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
Yvette_Villegas@prp.uscourts.gov

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the
District of Puerto Rico
By: _____
Deputy Clerk
Date: FEB - 1 2007

3

02-01-2007 12:13 FROM-PROBATION OFFICE +7877665945 T-696 P.001/001 F-206
Case 3:98-cr-00220-JAF Document 211 Filed 02/06/2007 Page 17 of 17
Case 3:98-cr-00220-JAF Document 210 Filed 11/21/2006 Page 1 of 2

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL District of PUERTO RICO

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | |
| CARLOS E. RAMOS | Case Number: 98-CR-220-05 (JAF) |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CARLOS E. RAMOS**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  X Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

ONCE ARRESTED, DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

in violation of Title _____ United States Code, Section(s) _____

| JOSÉ A. FUSTÉ | S/ JOSÉ A. FUSTÉ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CHIEF, UNITED STATES DISTRICT JUDGE | NOVEMBER 21, 2006 AT SAN JUAN, PUERTO RICO |
| Title of Issuing Officer | Date and Location |

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
**FRANCES RIOS DE MORAN, CLERK**
U.S. District Court for the District of Puerto Rico
By: _____ Deputy Clerk
Date: FEB - 1 2007

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |