IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>         v<br><br>CARLOS E. RAMOS,<br>    *Defendant*. | CRIMINAL NO.  98-220 (JAF) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant Carlos E. Ramos.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

    In San Juan, Puerto Rico, on the 13th day of March, 2007.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**


*S/Yasmín Irizarry-Pietri*
**YASMÍN IRIZARRY-PIETRI**
**USDC-PR 213505**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail :** yasmin_irizarry@fd.org

**USA v. Carlos E. Ramos**  Page 2
**Criminal No. 98-220 (JAF)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 13th day of March, 2007.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**

*S/Yasmín Irizarry-Pietri*
**Yasmín Irizarry-Pietri**
**USDC-PR 213505**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail :** yasmin_irizarry@fd.org