AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

JUDICIAL   District of   PUERTO RICO

UNITED STATES OF AMERICA

V.

CARLOS E. RAMOS

**WARRANT FOR ARREST**

Case Number:   98-CR-220-05 (JAF)

RECEIVED & FILED
2007 APR 16 PM 2:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**CARLOS E. RAMOS**_____
                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   X Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

ONCE ARRESTED, DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

in violation of Title _____ United States Code, Section(s) _____

JOSÉ A. FUSTÉ                                      S/ JOSÉ A. FUSTÉ
Name of Issuing Officer                            Signature of Issuing Officer

CHIEF, UNITED STATES DISTRICT JUDGE                NOVEMBER 21, 2006 AT SAN JUAN, PUERTO RICO
Title of Issuing Officer                           Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Orlando FL.

| DATE RECEIVED 12-28-06 | NAME AND TITLE OF ARRESTING OFFICER ANGEL PAROOS TFA | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 2-1-07 | | |