**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff,<br><br>            v.<br><br>CARLOS RAMOS<br>      Defendant. | CRIMINAL NO. 98-220(JAF) |

**MOTION REQUESTING DISMISSAL OF REVOCATION PROCEEDINGS**

TO THE HONORABLE
**JOSE ANTONIO FUSTE**
UNITED STATES CHIEF JUDGE
FOR THE DISTRICT OF PUERTO RICO

   **COMES NOW** defendant Carlos Ramos ("defendant Ramos"), represented by the Federal Public Defender for the District of Puerto Rico, through the undersigned counsel, and before this Honorable Court ("the Court") respectfully alleges and prays as follows:

PROCEDURAL HISTORY OF CASE

1. On May 18, 2007 Ramos filed a "Motion Requesting Dismissal of revocation Proceedings" in relation to the present case. ( See D.E. # 216).

2. The Governments response opposing Ramos request was due May 31, 2007.

3. The Government **has not filed any response** objecting to the requested dismissal.

4. Ramos once again requests that the **unopposed** "Motion Requesting Dismissal of revocation Proceedings" be **GRANTED**

U.S. v. Carlos E. Ramos                                                                                         Page 2
Criminal No. 98-220(JAF)

5.      Over four (4) months have passed since Ramos' arrest and detention without bail in Orlando Florida (See D.E. # 211).

**WHEREFORE**, the Federal Public Defender respectfully requests that this Honorable Court take note of the present information, grant the present motion and in consequence dismiss the present revocation proceedings and order that defendant be released from custody immediately and taken to the place where he was arrested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico, this 6th day of June, 2007.

> **JOSEPH C. LAWS, JR**
> Federal Public Defender
> District of Puerto Rico
> *S/Yasmin A. Irizarry*
> Yasmin A. Irizarry
> **USDC-PR 213505**
> **A.F.P.D. for Defendant**
> **241 Franklin D. Roosevelt Avenue**
> **Hato Rey, PR  00918-2441**
> **Tel. (787) 281-4922 / Fax (787) 281-4899**
> E-mail : yasmin_irizarry@fd.org