# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUDGE JOSE A. FUSTÉ                     Date: June 14, 2007

COURTROOM DEPUTY: Omar FLAQUER

COURT REPORTER: Yvette RICHARDSON                 **CR. NO: 98-220-05 (JAF)**

COURT INTERPRETER: Felix TOLEDO

---

Attorneys:

UNITED STATES OF AMERICA                          AUSA Andrew MASSUCCO

vs.

[5] CARLOS E. RAMOS                               Yasmin IRIZARRY, AFPD.

---

The defendant is present in court. He is under custody.

CASE CALLED FOR FINAL REVOCATION HEARING. Motions to dismiss, Dockets No. 216 and 217 are denied. Arguments presented by the parties. Counsel for the defendant raised several objections of today's proceedings.

Testimony is heard in direct and cross examination by U.S. Probation Officer Ivette Villegas. After testimony and arguments heard, the Court found that the defendant violated the conditions of his supervised release term by not submitting the monthly reports and not notifying the U.S. Probation Officer of changes in his residence and employment, as cited in the motion filed by the U.S. Probation Office on November 20, 2006, Docket No. 208. Therefore, the supervised release term imposed on October 16, 2003 is hereby revoked.

**IT IS THE JUDGMENT OF THE COURT** as to Standard Condition No. 2.

Term of Imprisonment: **Eight (8) Months. The defendant shall receive credit for time served**

**since the date of arrest that was February 1, 2007.**

Supervised Release Term: **Three (3) years.**

The defendant is advised of his right to appeal, etc. All terms and conditions are specified at the revocation judgment form.

The Court orders that once the defendant has served his custody time, shall be transferred to the Middle District of Florida.

Reconsideration requested by the defense in regards Supervised Release term imposed. Reconsideration is denied.

*S/ Omar Flaquer Mendoza*
Omar Flaquer Mendoza
Case Manager/Courtroom Deputy Clerk

Government's Exhibits 1, 2, 3 are admitted.