# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | EXHIBIT LIST |
|---|---|
| v. | |
| [5] CARLOS E. RAMOS | Case Number: 98-220 (JAF) |

| Presiding Judge<br>Hon. JOSE A. FUSTE | Government's Attorney<br>Andrew Massucco | Defendants' Attorneys<br>Yasmin Irizarry, AFPD. |
|---|---|---|
| Revocation Hearing Date: June 14, 2007. | Court Reporter<br>Yvette Richardson | Court Room Deputy<br>Omar Flaquer |

| GOV. DOC. NO | WITNESS | DATE OFFERED | MARKED ID. | DATE ADMITTED EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | Yvette Villegas | 06/14/07 | | 06/14/07 | Memo from De Carlos L. Sheppard to Eustaquio Babilonia dated October 23, 2006. |
| 2 | Yvette Villegas | 06/14/07 | | 06/14/07 | Incident Report Orange County Sheriff's Office |
| 3 | Yvette Villegas | 06/14/07 | | 06/14/04 | Letter and attachments by Glenn A. Kohlepp to Elaine Terenzi dated January 3, 2007. |