IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                                    CASE. NO. 03:98CR00220-05 (JAF)

CARLOS E. RAMOS
* * * * * * * * * * * *

**MOTION REQUESTING MODIFICATION
OF THE SUPERVISED RELEASE CONDITIONS**

TO THE HONORABLE JOSE A. FUSTE
CHIEF U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

COMES NOW, DESIREE REYES-CALDERON, PROBATION OFFICER of this Court, presenting an official report on, Carlos E. Ramos, who on June 14, 2007, was revoked and sentenced to serve an eight (8) month imprisonment term followed by a three (3) year supervised release term after he failed to submit the monthly reports, not reporting changes of residence and employment. As special conditions, the offender was ordered to provide a DNA sample, and submit to a search based on reasonable suspicion of contraband or evidence of violation of a condition of release.

On October 3, 2007, Mr. Ramos was released from custody to commence serving the supervision imposed in the Middle District of Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 2, 2007, U.S. Probation Officer, DeCarlos Sheppard from the Middle District of Florida, informed that the offender's residence was not suitable, since the housing development did not allow convicted felons residing.

In an effort to assist Mr. Ramos, it was agreed that his conditions of supervision would be modified to require his placement at a community corrections center. As such, on October 11, 2007, Mr. Ramos signed the attached Probation Form 49 - Waiver of Hearing agreeing to the modification of his conditions to include his participation in the Community Correction Center, for a period of one-hundred and eighty (180) days.

**WHEREFORE,** unless the Court rules otherwise, it is respectfully requested that the offender's conditions be modified as noted on the attached Probation Form 49.

In San Juan, Puerto Rico, this 9th day of November 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Desirée Reyes-Calderón
Desirée Reyes-Calderón
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-771-1401
Fax- 787-281-4940
Desirée_Reyes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 9, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Antonio R. Bazán, Assistant U.S. Attorney and to Yasmin Irrizarry, Esq.

In San Juan, Puerto Rico, this 9th of November, 2007.

                s/<u>Desirée Reyes-Calderón</u>
                Desirée Reyes-Calderón
                U.S. Probation Officer
                Federal Office Building, Office 400
                San Juan, PR 00918
                787-771-1401
                Fax- 787-281-4940
                Desirée_Reyes@prp.uscourts.gov