IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

       vs.       CASE. NO. 03:98CR00220-05 (JAF)

CARLOS E. RAMOS

\* \* \* \* \* \* \* \* \* \* \*

**INFORMATIVE MOTION**

**TO THE HONORABLE JOSE A. FUSTE**
**CHIEF UNITED STATES DISTRICT JUDGE**
DISTRICT OF PUERTO RICO

    COMES NOW, **DESIREE REYES-CALDERON**, **UNITED STATES PROBATION OFFICER** of this Court, presenting an official report on, Carlos E. Ramos, who on June 14, 2007, was revoked by Your Honor, and sentenced to serve an eight (8) month imprisonment term followed by a three (3) year supervised release term after he was found in violation of the conditions of supervised release originally imposed on April 23, 2001. As special conditions, the offender was ordered to cooperate in the DNA collection, and submit to a search based on reasonable suspicion.

    On October 3, 2007, Mr. Ramos was released from custody to commence serving the supervision imposed in the Middle District of Florida.

    On December 14, 2007, upon petition of the United States Probation Office of the Middle District of Florida, the Court modified the offender's conditions of supervision to include placement in a Correctional Community Center (CCC) for up to one-hundred and eighty (180) days, if needed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 4, 2007, United States Probation Officer DeCarlos L. Sheppard from the Middle District of Florida, reported that on January 13, 2008, the offender was arrested for charges filed on September 7, 2007, in which Mr. Ramos was accused of Grand Theft - 3rd degree . A pre-trial conference hearing was set for May 21, 2008, in the Court of the Ninth Judicial Circuit in Orange County, Florida. The events for which the offender is being charged occurred prior to the beginning of his current supervision term (attached memorandum from Probation Officer DeCarlos L. Shepard).

**WHEREFORE**, we are respectfully submitting the above stated to this Court for informational purposes only and request that no adverse action be taken at this time.

In San Juan, Puerto Rico, this 28th day of March 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/<u>Desirée Reyes-Calderón</u>
Desirée Reyes-Calderón
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-771-1401
Fax- 787-281-4940
Desirée_Reyes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on March 28, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Antonio R. Bazán, Assistant U.S. Attorney and to Yasmin Irrizarry, Esq.

    In San Juan, Puerto Rico, this 28th of March, 2008.

    s/<u>Desirée Reyes-Calderón</u>
    Desirée Reyes-Calderón
    U.S. Probation Officer
    Federal Office Building, Office 400
    San Juan, PR 00918
    787-771-1401
    Fax- 787-281-4940
    Desirée_Reyes@prp.uscourts.gov