UNITED STATES GOVERNMENT

# memorandum

DATE: March 4, 2008

REPLY TO
ATTN OF: DeCarlos Sheppard
United States Probation Officer - Orlando Division

SUBJECT: **RAMOS, Carlos Albert** - Docket No. 98-CR-220-05(JAF)
COURT NOTIFICATION

TO: The Honorable Jose A. Fuste
United States District Judge

On April 23, 2001, Carlos A. Ramos appeared before the court for Ct. 1 - Conspiracy to Possess with Intent to Distribute at least 700 grams with less than one kilogram of heroin; a class B felony. At that time he was sentenced to 72 months custody fo the Bureau of Prisons, to be followed by four years of supervised release. He was also ordered to pay a$100 special assessment fee. As far as additional supervised release terms included the defendant shall not commit any crimes, federal, state or local, and shall comply with the standard conditions of supervised release promulgated by the United States Sentencing Commission and adopted by this court. The defendant shall not unlawfully possess any controlled substances; firearms, destructive devices, and other dangerous weapons. The defendant shall refrain from any unlawful use of controlled substances and submit to one drug test within 15 days of release of supervised release, at least two periodic tests thereafter, and whenever requested by the U.S. Probation Officer. If any such samples detect substance abuse, the defendant will participate in a substance abuse treatment program arranged and approved by the U.S. Probation Office until duly discharged by the authorized program personnel with the approval of the U.S. Probation Officer. The defendant shall participate in a vocational training and/or job placement program recommended by the probation officer.

On June 14, 2007, as a result of violation of Standard Condition #2, wherein the defendant failed to submit the monthly report for the month of September and Condition #6, wherein the defendant failed to notify of changes in his residence and employment. The Court found him guilty of the above listed violations and sentenced him to eight months in the Bureau of Prisons, to be followed by three years of supervised release. At that time, the Court imposed the Standard Conditions of supervision and additionally, ordered that the offender submit to a search of his person, residence, office or vehicle, by the probation office and to submit to DNA collection requirements by the probation office.

On December 14, 2007, the Court modified the conditions of supervision to include that he reside in a Residential Re-entry Center in Orlando, Florida for up to 180 days.

Judge Jose A. Fuste
Re: Ramos, Carlos Alberto
Date: March 4, 2008
Page 2

Supervision History

Mr. Ramos commenced his second term of supervision on October 3, 2007. The offender initially resided at 1753 Destiny Blvd., Kissimmee, Florida 34741, with his girlfriend, Clara Kulian. Shortly after residing at the above listed address, the offender relocated to 2265 Santa Lucia Street, Kissimmee, Florida 34743. The offender has resided at the latter address since relocating there.

Upon commencing supervision, the offender was unemployed. However, the offender obtained employment at Bravo's Kitchen as a cook. The offender works Monday through Saturday.

Alleged New Ciminal Conduct Occuring While on Supervision

On September 7, 2006, Effran Hernandez filed a complaint with the Orange County Sheriffs Office indicating that he arrived at the U-Haul facility to pick up his lawn equipment for work. He stated that upon entering the facility he approached the area in which Ford F-150 utility trailer was last parked. However, it was gone. He stated that he immediately attempted to contact Carlos Ramos but was unable to reach him by phone. He stated that 20 minutes later he received a call from Ramos. He stated that Ramos advised him that he had taken the truck and the trailer from the U-Haul earlier that night and took the lawn equipment to Osceola County. He stated that he sold it so he could buy drugs. He further stated Ramos advised him that he left the truck at John Parkway and Carol Street area. Mr. Hernandez indicated that he traveled to the area where Ramos stated that the truck was located . He stated that upon arrival he looked inside the trailer and noticed that all of his lawn equipment was gone. The missing items included three steel edges, valued at $1,200.00. They were valued at $400.00 each. Three steel trimmers valued at 1,125.00. They were valued at $375.00 each. Two steel blowers, valued at $950.00. They were valued at $475.00 each. Two steel edgers valued at $950.00. They were valued at $475.00 each. One Augur, valued at $400.00. One Husquarna lawnmower, valued at $8,000.00. Two Palh trimmers, valued at $200.00. They were valued at $100.00 each, and one Atension hedger, valued at $575.00, for a total of $13,400.00. It should be noted that in speaking with Deputy Stephen Smith of the Orange County Sheriffs Office, he stated that he has filed these charges with the State and that he believes the State will be pursuing formal charges.

An information was filed regarding these charges on September 7, 2007. Mr. Ramos was arrested on January 13, 2008. His pre-trial conference is scheduled for May 21, 2008, in Orange County Florida.

Judge Jose A. Fuste
Re: Ramos, Carlos Alberto
Date: March 4, 2008
Page 3

Recommendations

This charge was not filed during this current term of supervision. Additionally, this office forwarded this exact information to Puerto Rico Office in 2006, when this violation occurred. For the aforementioned reasons, this office is not seeking action but is requesting that the Court be made aware of the current status.

Signed by:

DeCarlos L. Sheppard
Senior U.S. Probation Officer

Signed by:

Marvin L. Tyson
Supervising U.S. Probation Officer

DLS:dls

Enclosures