IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

        vs.                         CASE. NO. 03:98CR00220-05 (JAF)

CARLOS E. RAMOS

**INFORMATIVE MOTION**

TO THE HONORABLE JOSE A. FUSTE, CHIEF
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

      COMES NOW, DESIREE REYES-CALDERON, UNITED STATES PROBATION OFFICER of this Court, presenting an official report on, Carlos E. Ramos, who on June 14,2007, was revoked and sentenced to serve an eight (8) month imprisonment term followed by a three (3) year supervised release term, after he failed to submit the monthly supervision reports, and to notify changes of residence/employment. As special conditions, the offender was ordered to provide a DNA sample, and submit to a search based on reasonable suspicion of contraband or evidence of violation of a condition of release.

      On October 3, 2007, Mr. Ramos was released from custody to commence serving the supervision term imposed in the Middle District of Florida.

      **RESPECTFULLY INFORMING THE COURT AS FOLLOWS:**

      On July 8, 2008, Mr. DeCarlos Sheppard, Probation Officer for Middle District of Florida, reported that on June 6, 2008, Mr. Carlos Ramos was convicted of Grand Theft 3rd Degree and sentenced to serve an imprisonment term of thirteen (13) months; followed by a two(2) years of probation term. Mr. Ramos will be serving his sentence at the Department

of Corrections in Florida. The new criminal offense took place prior to his current federal supervision term.

Furthermore, on June 5, 2008, Mr. Ramos reported to the Probation Office for drug testing which yielded a positive result to Marijuana. When confronted, Mr. Ramos admitted having smoked marijuana on May 30, 2008.

**WHEREFORE**, we are respectfully submitting the above stated to this Court for informational purposes only.

In San Juan, Puerto Rico, this 28th day of July 2008.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*s/Desirée Reyes-Calderón*
Desirée Reyes-Calderón
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-771-1401
Fax- 787-281-4940
Desirée_Reyes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on July 28, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Antonio R. Bazán, Assistant U.S. Attorney and to Yasmin Irrizarry, Esq.

      In San Juan, Puerto Rico, this 28th of July 2008.

      *s/Desirée Reyes-Calderón*
      Desirée Reyes-Calderón
      U.S. Probation Officer
      Federal Office Building, Office 400
      San Juan, PR 00918
      787-771-1401
      Fax- 787-281-4940
      Desirée_Reyes@prp.uscourts.gov